1 | Jeremy T. Bergstrom, Esq.                                    E-filed on <u>June 22, 2009</u>
Attorney Bar No. 6904
2 | MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
3 | Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
4 | File No. 09-92696

5 | Attorneys for Secured Creditor
THE BANK OF NEW YORK MELLON

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In Re, | BK No.: BK-S-09-18989-BAM |
|---|---|
| DANIEL P. TURNER AND MARGARET A. TURNER, | Chapter 7 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, THE BANK OF NEW YORK MELLON, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    Jeremy T. Bergstrom, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
    2200 Paseo Verde Pkwy., Suite 250
    Henderson, NV  89052
    PH (702) 369-5960

                        MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: <u>  June 19, 2009  </u>   By:  <u>/s/ Jeremy T. Bergstrom, Esq.</u>
                                      Jeremy T. Bergstrom, Esq.
                                      Attorney for Secured Creditor

1

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on  June 22, 2009 , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Marjorie A. Guymon
Goldsmith & Guymon, P.C.
2055 N. Village Ctr. Cir.
Las Vegas, NV  89134

CHAPTER 7 TRUSTEE:
Timothy S. Cory
8831 W. Sahara Ave.
Las Vegas, NV  89117

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

 /s/ Michelle L. Benson
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

(09-92696/rfsnlv.dot/mlb)