

Entered on Docket
September 30, 2009

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge
_____

# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  09−18989−bam
### Chapter 7

In re:
   DANIEL P. TURNER

   MARGARET A. TURNER
                     Debtor(s).


Hearing Date:   September 29, 2009
Hearing Time:   8:30 am


### ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) DANIEL P. TURNER and MARGARET A. TURNER have filed a motion for approval of the reaffirmation agreement dated July 30, 2009 made between the debtor(s) and Ford Motor Company. The court held the hearing required by 11 U.S.C. Section 524(d) on notice to the debtor(s) and the creditor on September 29, 2009.

COURT ORDER:

- ☐ (A) The court grants the debtor's motion under 11 U.S.C. Section 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest as the debtor(s).

- ☑ (B) The court grants the debtor's motion under 11 U.S.C. Section 524(k)(8) and approves the reaffirmation agreement described above.

- ☐ (C) The court does not approve the reaffirmation agreement under 11 U.S.C. Section 524(m).

- ☐ (D) The court does not approve the reaffirmation agreement.


###